

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00183-CV

All Known, Unknown, and Known but Unfound Heirs, Executors, Administrators,
Successors, Assigns, and Personal Representatives of Louis and Eliza **ECKFORD**, et al.,
Appellants

v.

Lou Eda **KORTH** Stubbs Nixon, FRJK Legacy Family Limited Partnership,
Ellen Ann Korth Vickers, John Frederick Vickers, Michael Steven Vickers,
Ellen Ann Vickers, and William Korth Vickers,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-00188-CVK
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is
**AFFIRMED**. Costs of appeal are assessed against appellants.

SIGNED October 8, 2025.

_____
Velia J. Meza, Justice